STATE of Missouri, Respondent,

v.

**Matthew D. GRISSOM, Appellant.**

No. ED 104253

Missouri Court of Appeals, Eastern District, DIVISION THREE.

Filed June 20, 2017

Motion for Rehearing and/or Transfer to Supreme Court Denied July 27, 2017

Amy M. Bartholow, 1000 West Nifong, Building 7, Suite 100, Columbia, Mo. 65203, for appellant.

Nathan J. Aquino, P.O. Box 899, Jefferson City, Mo. 65102, for respondent.

Before Angela T. Quigless, P.J., Robert G. Dowd, Jr., J., Lisa S. Van Amburg, J.

**ORDER**

PER CURIAM.

Matthew D. Grissom appeals from a judgment of the Circuit Court of St. Fran-

cois County convicting him of first-degree statutory sodomy, in violation of RSMo § 556.062 (Cumm. Supp. 2011), following a jury trial. On Appeal, Grissom argues the trial court abused its discretion in excluding his brother from testifying at trial as a sanction for failing to timely disclose the witness, as required by Rule 25.05.[1] We have reviewed the briefs of the parties and the record on appeal and find the claim of error to be without merit. An extended opinion would have no precedential value. We have, however, provided a memorandum opinion only for the use of the parties setting forth the reasons for our decision.

We affirm the judgment pursuant to Rule 84.16(b).

---

1. All rule references are to Missouri Supreme Court Rules (2015) unless otherwise indicat-